FILED

MAR 1 6 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-MJ-1067

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) CRIMINAL INFORMATION |
| | ) |
| ROBERT EDWARD LAZAR | ) |
| | ) |

The United States Attorney charges that:

### Count One

On or about July 22, 2009, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ROBERT EDWARD LAZAR, did knowingly, intentionally, and unlawfully possess an amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844.

### Count Two

On or about July 22, 2009, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ROBERT EDWARD LAZAR, did knowingly, intentionally, and unlawfully possess an amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 844.

## Count Three

On or about July 22, 2009, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ROBERT EDWARD LAZAR, did unlawfully and willfully operate a motor vehicle upon a street, highway, or public vehicular area while his license was suspended, in violation of North Carolina General Statute, Section 20-28(a), as assimilated by Title 18, United States Code, Section 13.

GEORGE E.B. HOLDING
United States Attorney

By: _____
CHRIS L. CUE
Special Assistant U.S. Attorney
Criminal Division